**FILED**

NOV 28 2016

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | MJ 16-52-GF-JTJ |
|---|---|
| Plaintiff, | |
| vs. | (3:02-CR-30120-CBK) |
| KENTON DAYNE EAGLE CHASING, | **ORDER FOR TRANSFER TO DISTRICT OF OFFENSE** |
| Defendant. | |

IT IS HEREBY ORDERED that the United States Marshal shall transport the defendant to the District of South Dakota where the original charging documents were filed.

DATED this 28 day of November, 2016.

John T. Johnston
United States Magistrate Judge